UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-M-213

UNITED STATES OF AMERICA )
 )  ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
 ) WITHDRAWAL OF ARREST WARRANT
GENE L. ROBINSON )

Leave of court is granted for the filing of the foregoing dismissal.

9-17-2010
DATE:

ROBERT B. JONES, JR
UNITED STATES MAGISTRATE JUDGE

FILED SEP 17 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK